IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| KETAN HARMANBHAI PATEL, | * | |
| Plaintiff, | * | |
| v. | * | CV 624-005 |
| UR M. JADDOU, Director of U.S. Citizenship and Immigration Services; and THE UNITED STATES, | * | |
| Defendants. | * | |

O R D E R

Before the Court is the Parties' consent notice of dismissal without prejudice. (Doc. 5.) This motion was filed prior to Defendants having served an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of June, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA